IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TIMOTHY WATKINS                                                                PLAINTIFF

v.                          Civil No. 5:17-cv-05210

CORPORAL R. KEMP; and
JOHN DOE DEPUTIES 1 to 3
                                                                              DEFENDANTS

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff under the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and has filed an application (ECF No. 2) to proceed *in forma pauperis* (IFP). Plaintiff is incarcerated in the Pine Bluff Unit of the Arkansas Department of Correction.

By Order (ECF No. 3) entered on October 23, 2017, Plaintiff was given until November 8, 2017, to submit a new IFP application. To date, Plaintiff has not filed a new IFP application. He has not requested an extension of time to do so. No mail has been returned as undeliverable. Plaintiff has not communicated with the Court in any way.

Therefore, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** this 1st day of December, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

-1-